UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARLEN IRIAS<br><br>　　　　Defendant. | Case No.: 2:22-cr-00134-APG-BNW |

## ORDER

This matter having come before the Court on the Stipulation for Permission to Travel of Defendant Arlen Irias, and good cause appearing, Defendant's Stipulation for Permission to Travel to Oklahoma on November 22, 2023, and returning November 26, 2023, is _Approved_.

Dated: 11/15/23

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE

Respectfully Submitted By:

/s/ Amanda Pellizzari
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Petitioner*